UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSMAN S. IBRAHIM,<br><br>Defendant. | NO. CR24-129 TL<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT 1

*(Unlawful Possession of a Destructive Device)*

On or about December 28, 2022, in King County, within the Western District of Washington, OSMAN S. IBRAHIM did unlawfully possess a destructive device that was not registered to him in the National Firearms Registration and Transfer Record, knowing that the device had the characteristics that brought it within the definition of a destructive device set forth in Title 26, United Staes Code, Section 5845(f).

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8) and (f).

Information - 1
*United States v. Ibrahim*
USAO# 2023R00015

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, OSMAN S. IBRAHIM shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872(a), by way of Title 28, United States Code Section 2461(c), any firearms involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or,
5. has been commingled with other property which cannot be divided without difficulty;

///

///

///

Information - 2
*United States v. Ibrahim*
USAO# 2023R00015

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 5th day of August, 2024.

/s/ Sarah G. Vogel for
TESSA M. GORMAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

Information - 3
*United States v. Ibrahim*
USAO# 2023R00015

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970